1

Quarles & Brady Streich Lang LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

2

3

4    Attorneys for Defendant

5    Lonnie J. Williams, Jr. (#005966)
     lwilliams@quarles.com

6    Carrie M. Francis (#020453)
     cfrancis@quarles.com

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ARIZONA

10

11   | Richard Campbell and Sondra Campbell, husband and wife, | No. 06-10771 (formerly Maricopa County Superior Court No. CV 2006-009755) |

12                           Plaintiffs,

13                    vs.                                    **NOTICE OF REMOVAL**

14   AGRA Technologies, Inc.,                                **(Diversity of Citizenship)**

15                           Defendant.

16

17          Defendant AGRA Technologies, Inc. ("AGRA") hereby removes this action from

18   Maricopa County Superior Court to this Court under 28 U.S.C. §§ 1332, 1441, and 1446,

     to the United States District Court, District of Arizona.  AGRA respectfully submits the
19
     following statement as the grounds for removal.
20
                              **GROUNDS FOR REMOVAL**
21
            1.     Plaintiffs Richard Campbell and Sondra Campbell filed a Complaint in the
22
     Superior Court of Arizona, in and for the County of Maricopa on or about June 30, 2006.
23
     A copy of the Complaint is attached hereto as Exhibit A.
24
            2.     AGRA was served with the Complaint on or about July 3, 2006.
25

26

3.      This action is subject to removal under 28 U.S.C. § 1441 because this Court has diversity jurisdiction under 28 U.S.C. § 1332.  Plaintiffs, upon information and belief, are citizens of the State of Arizona.  AGRA is a Nevada corporation, with its principal place of business in Reno, Nevada.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**STATE COURT PROCEEDINGS**

4.      Copies of all process, pleadings and orders served on AGRA in the state court action are attached hereto as Exhibit B in accordance with 28 U.S.C. § 1446(a).

**TIMELINESS OF REMOVAL**

5.      This notice is filed with the Court within thirty (30) days after AGRA first received and was served with Plaintiffs' Complaint.  Accordingly, removal of this action is timely pursuant to 28 U.S.C. § 1446(b).

**JOINDER OF ALL DEFENDANTS**

6.      AGRA is the only named defendant in the above-captioned matter.

**NOTICES**

7.      A copy of this notice has been filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, and has been served on Plaintiffs in accordance with 28 U.S.C. § 1446(d).  A copy of the notice provided to the state court (without exhibits) is attached to this Notice as Exhibit C.

9.      Copies of AGRA's Federal Civil Cover Sheet and Federal Supplemental Civil Cover Sheet are attached as Exhibits D and E, respectively.

WHEREFORE, for the above-stated reasons, AGRA respectfully removes this action from the Superior Court for the State of Arizona to the United States District Court for the District of Arizona.

. . .

. . .

DATED this 24th day of July, 2006.

QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391


By: /s/Carrie M. Francis
     Lonnie J. Williams, Jr.
     Carrie M. Francis

Attorneys for Defendant


## CERTIFICATE OF SERVICE

X    I hereby certify that on July 24, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
lawyer@strojnik.com
strojnik@aol.com
Attorney for Plaintiffs

                              /s/Carol L. Jones

QBPHX\999999.99999\2026984.1

-3-