1  Quarles & Brady Streich Lang LLP
   Firm State Bar No. 00443100
2  Renaissance One
   Two North Central Avenue
3  Phoenix, AZ 85004-2391
   TELEPHONE 602.229.5200

4  Attorneys for Defendant

5  Lonnie J. Williams, Jr. (#005966)
6  lwilliams@quarles.com
   Carrie M. Francis (#020453)
7  cfrancis@quarles.com

8                IN THE UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF ARIZONA
10

11 Richard Campbell and Sondra Campbell, husband and wife,
12                                              No. 06-1834-PHX-PGR
              Plaintiffs,
13                                              **NOTICE WITHDRAWAL OF NOTICE OF REMOVAL AND REQUEST FOR REMAND**
       vs.
14
   AGRA Technologies, Inc.,
15
              Defendant.
16

17    The undersigned filed with this Court a Notice of Removal on July 24, 2006.
18 Further evaluation has determined that one or more of the statements contained in the
19 removal may not be supportable. Therefore, consistent with the Federal Rules of Civil
20 Procedure, and counsel's obligation to this Court, defendant, Agra Technologies, Inc.,
21 requests the Court to enter its Order allowing defendant to withdraw its Notice of
22 Removal, or alternatively issue its Order remanding the matter back to State Court.
23    DATED this 27th day of July, 2006.
24
25
26

QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391


By: /s/Lonnie J. Williams, Jr.
     Lonnie J. Williams, Jr.
     Carrie M. Francis

Attorneys for Defendant

## CERTIFICATE OF SERVICE

 X    I hereby certify that on July 27, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
lawyer@strojnik.com
strojnik@aol.com
Attorney for Plaintiffs

          /s/Debra Messing

QBPHX\999999.99999\2027539.1

-2-